IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| RICHARD COTTON, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 2:22-cv-145 |
| v. | |
| SYMRISE, INC., et al., | |
| Defendants. | |

**O R D E R**

This matter is before the Court on the parties' Rule 26(f) Report filed on Febuary 2, 2023. Doc. 15.  The parties proposed phased discovery, bifurcated as class discovery and merits discovery.  Id. at 6, 11.  The parties proposed a detailed sequence for each proposed phase of discovery; however, the parties failed to propose any deadlines for the first phase.  Id. at 6–7.

The Court **ORDERS** the parties to resubmit their Rule 26(f) Report with appropriate deadline proposals for their first proposed phase of discovery or with good cause to proceed otherwise within 14 days of this Order.  The Report shall conform to the language and format of the Form Rule 26(f) Report for use in Judge Wood/Judge Cheesbro cases located on the Court's website: www.gasd.uscourts.gov under "Forms."

**SO ORDERED**, this 3rd day of February, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA