# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| RICHARD COTTON, LENORA COTTON, SHANNON SPELL, and CHEROKEE SPELL, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SYMRISE, INC., VINCENT NOBLE, and JOHN DOE 1-3,<br><br>    Defendants. | CV 2:22-145 |

### ORDER

Before the Court is Plaintiffs' motion for leave to file voluntary dismissal, dkt. no. 25, wherein Plaintiffs inform the Court that they wish to dismiss this action without prejudice. After consideration of the motion, and Defendants having filed no objection thereto, the Court **GRANTS** the motion. Accordingly, all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate all pending motions and close this case.

**SO ORDERED**, this 5 day of December, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA