# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| RICHARD COTTON, LENORA COTTON, SHANNON SPELL, and CHEROKEE SPELL, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SYMRISE, INC., VINCENT NOBLE, and JOHN DOE 1-3,<br><br>    Defendants. | CV 2:22-145 |

### ORDER

Before the Court is Defendants' motion to vacate the Court's prior Order dismissing this case without prejudice. Dkt. No. 29. Therein, Defendants state, despite Plaintiffs' November 21, 2023 motion for leave to voluntarily dismiss this case *without* prejudice, dkt. no. 25, the Parties actually intended to dismiss this case *with* prejudice. Dkt. No. 29. Plaintiffs have responded to the motion, stating they consent to the entry of dismissal with prejudice. Dkt. No. 31. Accordingly, the Court **GRANTS** Defendants' motion, **VACATES** the December 5, 2023 Order dismissing this case without prejudice, and hereby **DISMISSES** this case **with prejudice**. This case remains closed.

SO ORDERED, this 16 day of January, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA